UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Pension Trust Fund for Operating Engineers,

    Plaintiff,

    v.

Kickin Corporation, et al.,

    Defendant.

Case No.: 3:11-cv-03685-JCS

**ORDER CONTINUING HEARING ON MOTION FOR DEFAULT JUDGMENT [Docket No. 39]**

On September 7, 2012, Plaintiffs Motion for Default Judgment was scheduled for oral argument. Julie Ostil, counsel for Plaintiff, appeared. Steven Schaller, pro se Defendant, appeared.

IT IS HEREBY ORDERED THAT:

1. The Motion for Default Judgment hearing shall be continued to **November 30, 2012, at 9:30 a.m.** The Court granted Defendant's request to appear by phone for the motion hearing.

2. On or before November 30, 2012, Defendant shall retain counsel, and counsel shall file a Motion to Set Aside the Default.

3. Plaintiff shall file supplemental briefs by October 5, 2012.

IT IS SO ORDERED.

Dated: September 11, 2012

_____
Joseph C. Spero
United States Magistrate Judge