UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pension Trust Fund for Operating Engineers,<br><br>Plaintiff,<br><br>v.<br><br>Kickin Corporation, et al.,<br><br>Defendant. | Case No.: 3:11-cv-03685-JCS<br><br>**ORDER CONTINUING HEARING ON MOTION FOR DEFAULT JUDGMENT [Docket No. 39]** |

On September 7, 2012, Plaintiffs Motion for Default Judgment was scheduled for oral argument.  Julie Ostil, counsel for Plaintiff, appeared.  Steven Schaller, pro se Defendant, appeared.

IT IS HEREBY ORDERED THAT:

1. The Motion for Default Judgment hearing shall be continued to **November 30, 2012, at 9:30 a.m.**  The Court granted Defendant's request to appear by phone for the motion hearing.

2. On or before November 30, 2012, Defendant shall retain counsel, and counsel shall file a Motion to Set Aside the Default.

3.  Plaintiff shall file supplemental briefs by October 5, 2012.

IT IS SO ORDERED.

Dated:  September 11, 2012

_____
Joseph C. Spero
United States Magistrate Judge