UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KICKIN ENTERPRISES CORPORATION, et al.,<br><br>Defendants. | Case No. C-11-03685 JCS<br><br>**ORDER VACATING NOVEMBER 30, 2012 HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

After the Clerk entered Defendants' default, Plaintiffs filed a Motion for Default Judgment ("the Motion") on June 25, 2012. A hearing was held on September 7, 2012. Defendant Steve Shaller appeared at the hearing and stated that he intended to retain counsel and, through counsel, bring a motion to vacate the default. Accordingly, the Court continued the hearing to November 30, 2012 and gave Defendants sixty days to retain counsel. As Defendants failed to retain counsel in the allotted time, the Court now deems the Motion submitted and vacates the November 30, 2012 hearing pursuant to Civil Local Rule 7-1(b).

IT IS SO ORDERED.

Dated: November 16, 2012

_____
Joseph C. Spero
United States Magistrate Judge