1
2
3                        UNITED STATES DISTRICT COURT
4                      NORTHERN DISTRICT OF CALIFORNIA
5
6
7    PENSION TRUST FUND FOR OPERATING          Case No. C-11-03685 JCS
     ENGINEERS, et al.,
8                                              **ORDER VACATING NOVEMBER 30,**
                     Plaintiffs,               **2012 HEARING ON PLAINTIFFS'**
9                                              **MOTION FOR DEFAULT JUDGMENT**
             v.
10   KICKIN ENTERPRISES CORPORATION, et
     al.,
11
                     Defendants.
12

13          After the Clerk entered Defendants' default, Plaintiffs filed a Motion for Default Judgment

14   ("the Motion") on  June 25, 2012.  A hearing was held on September 7, 2012.  Defendant Steve

15   Shaller appeared at the hearing and stated that he intended to retain counsel and, through counsel,

16   bring a motion to vacate the default.  Accordingly, the Court continued the hearing to November

17   30, 2012 and gave Defendants sixty days to retain counsel.  As Defendants failed to retain counsel

18   in the allotted time, the Court now deems the Motion submitted and vacates the November 30,

19   2012 hearing pursuant to Civil Local Rule 7-1(b).

20          IT IS SO ORDERED.

21   Dated:  November 16, 2012

22
23
24                                             _____
                                               Joseph C. Spero
25                                             United States Magistrate Judge
26
27
28