EJ-195

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE NO.: 510-906-4710 | FOR COURT USE ONLY |
|---|---|---|
| Allan D. Shuldiner, Esq. (SBN 252259)<br>Saltzman & Johnson Law Corporation<br>5100-B1 Clayton Road, Ste 373<br>Concord, CA 94521 | | |
| ATTORNEY FOR *(Name)*: Plaintiffs, Operating Engineers' Health And Welfare Trust Fund For Northern California, et al. | | |
| NAME OF COURT: United States District Court<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA  94105<br>BRANCH NAME: Northern District of California | | |
| PLAINTIFF: OPERATING ENGINEERS' PENSION TRUST FUND, et al. | | |
| DEFENDANT: Kickin Enterprises, Inc., et al. | | |
| **NOTICE OF RENEWAL OF JUDGMENT** | | 11-3685-EMC |

TO JUDGMENT DEBTOR *(name)*:

Kickin Enterprises, Inc. and Stephen Lawrence Schaller

1. **This renewal extends** the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.

2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with this court.

3. You must make this motion within 30 days after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached *(Cal. Rules of Court, rule 3.1900)*.

Mark B. Busby

Date: 1/30/2023          Clerk, by _____, Deputy
                                      Mark Romyn


[SEAL]

See CCP 683.160 for information on method of service

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
EJ-195 [Rev. January 1, 2007]

**NOTICE OF RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.160
www.courtinfo.ca.gov



EJ-190

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* |
|---|
| After recording, return to:<br>Allan D. Shuldiner, Esq. (SBN 252259)<br>Saltzman & Johnson Law Corporation<br>5100-B1 Clayton Road, Ste 373<br>Concord, CA 94521 |
| TEL NO.: 510-906-4710   FAX NO. *(optional):* |
| E-MAIL ADDRESS *(Optional):* |
| [X] ATTORNEY FOR  [ ] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 450 Golden Gate Ave
MAILING ADDRESS: 450 Golden Gate Ave
CITY AND ZIP CODE: San Francisco, CA 94105
BRANCH NAME:

FOR RECORDER'S USE ONLY

PLAINTIFF: Pension Trust Fund for Operating Engineers, et al.
DEFENDANT: KICKIN ENTERPRISES, et al.

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

CASE NUMBER: 11-3685-EMC

FOR COURT USE ONLY

[X] Judgment creditor
[ ] Assignee of record

applies for renewal of the judgment as follows:

1. **Applicant** *(name and address):*
   Pension Trust Fund for Operating Engineers c/o Saltzman & Johnson Law Corp., 5100-B1 Clayton Road, Ste 373, Concord, CA 94521

2. **Judgment debtor** *(name and last known address):*
   Kickin Enterprises, Inc. 22027 Mustang Drive, Anderson, CA 96007; 8865 Airport Rd., Ste C Redding, CA 96002 (See Att. A for add. Judgment debtors)

3. **Original judgment**
   a. Case number *(specify):* 11-3685-EMC
   b. Entered on *(date):* 2/14/13
   c. Recorded:
      (1) Date:
      (2) County:
      (3) Instrument No.:

4. [ ] Judgment previously renewed *(specify each case number and date):*

5. [X] **Renewal of money judgment**
   a. Total judgment . . . . . . . . . . . . . . . . . . . . . . $ 32,944.85
   b. Costs after judgment . . . . . . . . . . . . . . . . . $ 0.00
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . . $ 32,944.85
   d. Credits after judgment . . . . . . . . . . . . . . . . $ 0.00
   e. Subtotal *(subtract d from c)* . . . . . . . . . . . $ 32,944.85
   f. Interest after judgment . . . . . . . . . . . . . . . . $ 504.56
   g. Fee for filing renewal application . . . . . . . . $
   h. **Total renewed judgment** *(add e, f, and g)* $ **33,449.41**

   i. [ ] The amounts called for in items a–h are different for each debtor.
          These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. July 1, 2014]

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.140

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Pension Trust Fund for Operating Engineers, et al. v KICKIN ENTERPRISES, et al. | 11-3685-EMC |

6. [x] Renewal of judgment for  [ ] possession.
   [ ] sale.

   a. [ ] If judgment was not previously renewed, terms of judgment as entered:

   b. [ ] If judgment was previously renewed, terms of judgment as last renewed:

   c. [ ] Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  December 29, 2022

Allan D. Shuldiner, Esq.
(TYPE OR PRINT NAME)

▶ *Allan Shuldiner*
(SIGNATURE OF DECLARANT)

Attachment A to Application for and Renewal of Judgment

Additional Judgment debtors (names and last known addresses):

Steve Schaller d/b/a Kickin Enterprises
22027 Mustang Drive
Anderson, CA 96007

Steve Schaller d/b/a Kickin Enterprises
1806 Thames Dr.
Loveland, Co 80538-4357